IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01909-BNB

SYLVESTER DAVIS,

    Plaintiff,

v.

RICK BURFORD, and
FRANK ORTIZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff, Sylvester Davis, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Skyline Correctional Facility in Cañon City, Colorado. Mr. Davis initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 for money damages and declaratory and injunctive relief. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915.

On September 20, 2010, Magistrate Judge Boyd N. Boland directed Mr. Davis to file a second and final amended complaint within thirty days. On October 7, 2010, instead of filing the second and final amended complaint, Mr. Davis filed a "Motion for Appointment of Counsel or in the Alternative Motion to Dismiss Complaint Without Prejudice and Without Further Filing Fee" informing the Court that he either wanted the Court to appoint counsel to represent him or he wanted to dismiss the instant action voluntarily and without having to make further filing fee payments.

The Court must construe the motion liberally because Mr. Davis is a *pro se*

litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, deny as moot the request for the appointment of counsel, and deny the request to discontinue making filing fee payments.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Because the Court will treat the October 7 motion as a notice of voluntary dismissal, the request for the appointment of counsel will be denied as moot.

In an order entered August 10, 2010, Mr. Davis was granted leave to proceed pursuant to § 1915; informed he owed the full amount of the required $350.00 filing fee regardless of the outcome of this action; directed to pay a $22.00 initial partial filing fee; required to make monthly filing fee payments until the required filing fee was paid; and informed that, if he was unable to pay the initial partial filing fee or make monthly

payments, he was required to show cause why he had no ability to make the payments by filing a current certified copy of his trust fund account statement. On August 24, 2010, Mr. Davis paid the $22.00 initial partial filing fee. He has a continuing obligation either to make monthly filing fee payments or show cause why he is unable to do so as he was directed in the August 10 order. The request to discontinue making filing fee payments will be denied.

Accordingly, it is

ORDERED that the "Motion for Appointment of Counsel or in the Alternative Motion to Dismiss Complaint Without Prejudice and Without Further Filing Fee" that Plaintiff, Sylvester Davis, submitted to and filed with the Court on October 7, 2010, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 7, 2010, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the request for the appointment of counsel is denied as moot. It is

FURTHER ORDERED that the request to discontinue making filing fee payments is denied. It is

FURTHER ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this  22nd  day of  October , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01909-BNB

Sylvester Davis
Prisoner No. 96327
Skyline Corr. Center
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk