IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01909-ZLW

SYLVESTER DAVIS,

    Plaintiff,

v.

RICK BURFORD, and
FRANK ORTIZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 8 2010

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING MOTION TO RECONSIDER

---

This matter is before the Court on the motion titled "Motion to Amend Court's Finding of Fact in Its 10-22-10 Order" that Plaintiff, Sylvester Davis, filed with the Court on November 1, 2010. Mr. Davis is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Skyline Correctional Facility in Cañon City, Colorado.

The Court must construe Mr. Davis's filings liberally because he is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the motion to amend as a motion to reconsider, grant reconsideration, reinstate the instant action, and allow Mr. Davis thirty days in which to comply with the September 2, 2010, order directing him to file an amended complaint.

In the motion to amend, Mr. Davis contends the Court misunderstood the

document he filed on October 7, 2010, titled "Motion for Appointment of Counsel or in the Alternative Motion to Dismiss Complaint Without Prejudice and Without Further Filing Fee," in which he informed the Court he either wanted counsel appointed to represent him or wanted to dismiss the instant action voluntarily and without having to make further filing fee payments. The Court construed the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, denied as moot the request for the appointment of counsel, and denied the request to discontinue making filing fee payments.

In the motion to amend, Mr. Davis contends he did not want to dismiss this action voluntarily if he had to continue making filing fee payments. Mr. Davis is required to make filing fee payments until the full filing fee is paid. In an August 10, 2010, order, Mr. Davis was granted leave to proceed pursuant to 28 U.S.C. § 1915, informed he owed the full amount of the required $350.00 filing fee regardless of the outcome of this action, directed to pay a $22.00 initial partial filing fee, required to make monthly filing fee payments until the required filing fee was paid, and informed that, if he was unable to pay the initial partial filing fee or make monthly payments, he was required to show cause why he had no ability to make the payments by filing a current certified copy of his trust fund account statement. On August 24, 2010, Mr. Davis paid the $22.00 initial partial filing fee. He has a continuing obligation either to make monthly filing fee payments or to show cause why he is unable to do so as he was directed in the August 10 order.

The voluntary dismissal will be vacated, and this action reinstated. Mr. Davis will be allowed thirty days from the date of this order in which to comply with the September

2 order directing him to file an amended complaint. Failure to do so within the time allowed will result in the dismissal of the instant action.

Accordingly, it is

ORDERED that the motion titled "Motion to Amend Court's Finding of Fact in Its 10-22-10 Order" that Plaintiff, Sylvester Davis, filed with the Court on November 1, 2010, is construed liberally as a motion to reconsider. It is

FURTHER ORDERED that the motion to reconsider is granted, the voluntary dismissal is vacated, and the clerk of the Court is directed to reinstate the instant action to the *pro se* docket. It is

FURTHER ORDERED that the request for the appointment of counsel is denied as premature. It is

FURTHER ORDERED that, if Mr. Davis fails to comply with the directives of the August 10, 2010, order granting him leave to proceed pursuant to 28 U.S.C. § 1915, the instant action will be dismissed. It is

FURTHER ORDERED that Mr. Davis is allowed **thirty (30) days from the date of this order** in which to comply with the September 2, 2010, order directing him to file an amended complaint. Failure to do so within the time allowed will result in the

dismissal of the instant action.

DATED at Denver, Colorado, this  18th  day of  November , 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01909-ZLW

Sylvester Davis
Prisoner No. 96327
Skyline Corr. Center
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/18/10

GREGORY C. LANGHAM, CLERK

By _____
        Deputy Clerk