IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01909-LTB

SYLVESTER DAVIS,

    Plaintiff,

v.

RICK BURFORD, and
FRANK ORTIZ,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2011

GREGORY C. LANGHAM
               CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff, Sylvester Davis, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Skyline Correctional Center in Cañon City, Colorado. He filed with the Court *pro se* on February 11, 2011, a motion to reconsider, which he characterizes as a "Motion to Alter or Amend This Court's 2-2-11 Order." Mr. Davis asks the Court to reconsider the order of February 2, 2011, which denied the motion to reconsider he filed with the Court on January 28, 2011.

The Court must construe the motion filed February 11, 2011, liberally because Mr. Davis is not represented by an attorney. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be treated as a motion to reconsider, and will be denied.

An order denying a motion to reconsider, such as the order this Court entered on February 2, 2011, is not a new opportunity for a litigant to file yet another motion to reconsider. The motion to reconsider filed on February 11, 2011, is denied for the same

reasons as those articulated in the February 2 order. The Court will not entertain any more motions to reconsider in this case. If Mr. Davis disagrees with the dismissal of the instant action, he may appeal to the United States Court of Appeals for the Tenth Circuit.

Accordingly, it is

ORDERED that the motion titled "Motion to Alter or Amend Court's 2-2-11 Order" that Plaintiff, Sylvester Davis, filed *pro se* on February 11, 2011, and which the Court has treated as a motion to reconsider the "Order Denying Motion to Reconsider" entered and filed on February 2, 2011, is denied.

DATED at Denver, Colorado, this __16th__ day of __February__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01909-BNB

Sylvester Davis
Prisoner No. 96327
Skyline Corr. Center
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk